THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRANCE BAKER, #255 634, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:08-CV-612-TMH |
| | ) | [WO] |
| | ) | |
| JOHN CRAWFORD, DETECTIVE, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On December 15, 2008, the Magistrate Judge filed a Recommendation (Doc. 19) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 19) of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and to properly prosecute this action.

An appropriate judgment will be entered.

Done this 12th day of January, 2009.

**/s/ Truman M. Hobbs**

SENIOR UNITED STATES DISTRICT JUDGE