THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRANCE BAKER, #255 634, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JOHN CRAWFORD, DETECTIVE, *et al.,* )<br>)<br>Defendants. ) | 1:08-CV-612-TMH<br>[WO] |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED without prejudice. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 12th day of January, 2009.

**/s/ Truman M. Hobbs**

SENIOR UNITED STATES DISTRICT JUDGE